IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| KRISTEN RENSING<br>300 Greenbay Road<br>Mooresville, NC 28117 | *<br><br>* |
| Plaintiff | * |
| v. | *   CIVIL ACTION NO. |
| WALMART, INC.<br>3200 North Ridge Road<br>Ellicott City, Maryland 21043<br>Serve on Resident Agent:<br>The Corporation Trust Incorporated<br>351 West Camden Street<br>Baltimore, MD 21201 | *<br><br>*<br><br>*<br><br>* |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Now comes the Plaintiff Kristen Rensing by counsel, Mark Rosasco and Hyatt & Weber, P.A. and sues Defendant, Walmart, Inc.

1. Plaintiff Kristen Rensing (hereinafter referred to as "Plaintiff") is a resident of Mooresville, Iredell County, North Carolina.

2. Defendant Walmart, Inc. (hereinafter referred to as "Walmart") is a corporation that conducts business in several states in the United States, including Howard County, Maryland.

3. On January 4, 2020 Plaintiff entered the Walmart Supercenter store located at 3200 North Ridge Road, Ellicott City, Maryland 21043 when she slipped and fell, severely injuring herself while walking in the vestibule entrance of the store.

4. Plaintiff slipped and fell on water on the floor.

5. Nearby Walmart employees had actual and/or constructive notice of this condition that posed a hazard to Plaintiff.

6. Plaintiff was an invitee at the time of her injury. Walmart had a duty to use reasonable and ordinary care to keep the premises safe for an invitee and to protect Plaintiff from injury caused by unreasonable risk.

7. Walmart's negligence proximately caused Plaintiff to suffer serious injury about her body and limbs and to suffer great mental anguish. All such injuries were caused solely by the negligence of Walmart without any negligence by the Plaintiff.

WHEREFORE, Plaintiff Kristin Rensing demands judgment against Defendant Walmart, Inc. in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and costs.

Respectfully submitted,

HYATT & WEBER, P.A.

_____
Mark Rosasco  Bar No. 07470
200 Westgate Circle, Suite 500
Annapolis, MD 21401
410-266-0626
410-841-5065 (fax)
MRosasco@hwlaw.com
*Attorney for Plaintiff*